FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLA DARTORA, A# 088-469-583,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA; MERRICK GARLAND, United States Attorney General; ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; TRACY RENAUD, Director of the United States Citizenship and Immigration Services; SUSAN DIBBINS, Acting Chief, Administrative Appeals Office; CONNIE NOLAN, Associate Director, Service Center Operations,<br><br>              Defendants. | No.   4:20-cv-05161-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 21, 2021, Plaintiff Carla Dartora filed a notice of voluntary dismissal, ECF No. 34. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Notice of Voluntary Dismissal, **ECF No. 34**, is **ACKNOWLEDGED**.

ORDER DISMISSING CASE – 1

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2